**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Ravinder Singh Gill,<br><br>      Petitioner,<br>vs.<br><br>Janet Napolitano, et al.,<br><br>      Respondents. | No. CV-09-1553-PHX-PGR (DKD)<br><br>ORDER |

Since the petitioner, whose only claim in his habeas petition is that he should be released from immigration detention, has failed to file any objection to Magistrate Judge Duncan's recommendation that his habeas petition should be dismissed as moot because he is no longer in custody, and since the respondents have filed a Suggestion of Mootness (doc. #19) stating that the petitioner was released from detention on August 11, 2009 pursuant to an Order of Supervision,

IT IS ORDERED that the Magistrate Judge's Report and Recommendation (doc. #15) is accepted and adopted by the Court.

IT IS FURTHER ORDERED that the petitioner's Petition Under 28 U.S.C. § 2241 for a Writ of habeas Corpus by a Person in Federal Custody is denied as moot and that this action is dismissed. The Clerk of the Court shall enter

judgment accordingly.

DATED this 25th day of January, 2010.

Paul G. Rosenblatt
United States District Judge